IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KAYLA THOMAS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-CV-245-WKW |
| | ) | |
| NANCY BUCKNER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 11, 2016, the Magistrate Judge filed a Recommendation (Doc. # 99) to which Plaintiffs timely filed objections (Doc. # 100). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1). Plaintiffs do not argue that any ruling entered by this Court, including the November 11, 2013 Order granting Defendants' motion to stay (Doc. # 76), constitutes a judicial imprimatur on the resolution of Plaintiffs' claims by the ALJ. Accordingly, and for the reasons stated in the the Magistrate Judge's Recommendation, the court concludes that the objections are without merit and that the Recommendation is due to be adopted.

Accordingly, it is ORDERED that:

(1)  Plaintiffs' objections (Doc. # 100) are OVERRULED;

(2)  The Recommendation (Doc. # 99) is ADOPTED;

(3)     Plaintiffs' Motion for Attorneys' Fees (Doc. # 95) is DENIED.

DONE this 21st day of July, 2016.

                                                 /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE